*Law Office of Robert Osuna, PC*
*11 Park Place, Suite 1100*
*New York, New York 10007*
*212-233-1033*
*robertosunapc@yahoo.com*

August 5, 2024

Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**     **Toribio v. New Tavares Restaurant Corp. et al, 24-CV-500**
            **Mediation Adjournment Request**

Dear Judge Bulsara,

My office represents Defendant Julio Tavares in the above matter.

We have our mediation currently scheduled for August 15, 2024.

My client has been sued once more for a similar matter to this current proceeding. See 24-cv-4012 (RER-JRC).

Thus, I am requesting a 60-day adjournment to allow time for my client and I to answer in the new matter. I will confer with the second Plaintiff's attorney on joining both cases and conducting both mediations at the same time.

I thank Your Honor for your time and attention to this matter.

Sincerely,

Law Office of Robert Osuna, PC
By:     Robert Osuna, Esq.