UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FELIX TORIBIO, on behalf of himself, individually,
and on behalf of all others similarly-situated,

                       Plaintiff,                     JUDGMENT

v.                                                      24-cv-500 (EK)(SJB)

NEW TAVARES RESTAURANT CORP.,
d/b/a TAVARES RESTAURANT, and JULIO
TAVARES, individually,

                       Defendants.
----------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on November 26, 2024; and Defendants, New Tavares Restaurant Corp., d/b/a Tavares Restaurant and Julio Tavares, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Felix Toribio in the total amount of thirty-five thousand dollars ($35,000), inclusive of all attorneys' fees, costs, and expenses, and without any admission of liability, for all of the Causes of Action contained in Plaintiff's Complaint, based upon facts existing as of the date of acceptance of the offer; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Felix Toribio and against Defendants, New Tavares Restaurant Corp., d/b/a Tavares Restaurant and Julio Tavares in the total amount of thirty-five thousand dollars ($35,000), inclusive of all attorneys' fees, costs, and expenses, and without any admission of liability, for all of the Causes of Action contained in Plaintiff's Complaint, based upon facts existing as of the date of acceptance of the offer.

Dated: Brooklyn, New York                                      Brenna B. Mahoney
       December 2, 2024                                          Clerk of Court

                                                                          By:    */s/Jalitza Poveda*

                                      Deputy Clerk